Yancey Lee CUMMINS et al., Appellants v. H. Clyde REEVES, Commissioner of Revenue, et al., Appellees.

Court of Appeals of Kentucky.

May 8, 1953.

Rehearing Denied Oct. 23, 1953.

Franklin P. Hays, William A. MacKenzie, Jr., and Skaggs, Hays & Fahey, Louisville, for appellants.

J. D. Buckman, Jr., Atty. Gen., Hal O. Williams, Asst. Atty. Gen., Roy H. Pennington, Asst. Atty. Gen., and William Scent, Asst. Atty. Gen., for appellees.

COMBS, Justice.

This is a companion case to that of Collins v. Kentucky Tax Commission, Ky., 261 S.W.2d 303. What is said in the opinion in that case is applicable and decisive here.

The judgment is affirmed.

STEWART, MOREMEN and MILLIKEN, JJ., dissenting.